No. 89–5182.  NASH v. JONES, WARDEN, ET AL.  C. A. 2d Cir. Certiorari denied.

No. 89–5186.  DAVIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 89–5188.  WATSON v. AMERICAN GENERAL FIRE & CASUALTY CO. ET AL.  Sup. Ct. Tex.  Certiorari denied.

No. 89–5189.  MCCARTER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–5190.  UHARRIET v. WORKERS COMPENSATION APPEALS BOARD ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 89–5192.  TEMPEL v. VALLEY HOSPITAL ET AL.  Sup. Ct. Alaska.  Certiorari denied.

No. 89–5194.  CHASE ET UX. v. HONSOWETZ.  Ct. App. Ore. Certiorari denied.

No. 89–5195.  MCCLINTON v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 89–5196.  BAZSULY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–5197.  BENTON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–5200.  MORRIS v. CHRISTIAN HOSPITAL.  C. A. 8th Cir.  Certiorari denied.

No. 89–5202.  FELIX v. INDUSTRIAL COMMISSION OF ARIZONA ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 89–5203.  NUBINE v. LYNAUGH.  C. A. 5th Cir.  Certiorari denied.

No. 89–5204.  OBANDO-VASQUEZ ET AL. v. UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 89–5205.  LORZA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.